# CRIMINAL COVER SHEET

FILED
U.S. DISTRICT COURT

**SEALED** YES

USAO - Rev. 4/25_by

PLACE OF OFFENSE: DISTRICT OF NEBRASKA **RELATED CASE INFORMATION:**

CITY: Omaha

2025 AUG 11 PM 2: 43

COUNTY: Douglas     OFFICE OF THE CLERK

☐ Superseding Indictment

☐ Indictment/Information Pending vs Same Defendant

☒ New Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

| | |
|---|---|
| **NAME:** | **KETANKUMAR BABUBHAI CHAUDHARI** |
| **ALIAS:** | **Ken Chaudhari** |
| **ADDRESS:** | **2306 N. 182nd Avenue, Elkhorn, Nebraska** |

**SSN:** 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     **DOB:** 11-18-1988     ☒ MALE  ☐ FEMALE  ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI     ☒ FBI |
| | TRIAL: | ☐ OMAHA  ☒ LINCOLN  ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**     LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591     COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S. C. § 1546(a) | Conspiracy to Defraud the United States by Fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT     ☐ OCDETF _____     **ARREST DATE:** _____

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF: _____

☐ ALREADY IN STATE CUSTODY IN: _____

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?     LIST LANGUAGE AND/OR DIALECT: Gujarati

COPY USA

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25 _by

| PLACE OF OFFENSE: | RELATED CASE INFORMATION: |
|---|---|

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

NAME:      **AMIT BABUBHAI CHAUDHARI**

ALIAS:     **Matt**

ADDRESS:   **10728 L Street, Omaha, Nebraska**

SSN:                          DOB:   **10-25-1991**        ☒ MALE   ☐ FEMALE   ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI                    ☒ FBI |
| | TRIAL: | ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**   LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591      COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: | Not Charged | |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT      ☐ OCDETF                          ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?   LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

| | | | |
|---|---|---|---|
| | **CRIMINAL COVER SHEET** | **SEALED** | USAO - Rev. 4/25_by |

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment        ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

**NAME:**   AMIT PRAHLADBHAI CHAUDHARI

**ALIAS:**   Amit

**ADDRESS:**   9305 S. 145th Street, Omaha, Nebraska

**SSN:**                               **DOB:**   6-1-1993        ☒ MALE   ☐ FEMALE   ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI                                   ☒ FBI |
| | TRIAL: | ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**   LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591        COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2:  18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4:  8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY                                ☐ MISDEMEANOR:          ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                                                                   ☐ CLASS B - MOTOR

☒ FELONY                              ☐ FORFEITURE            ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT        ☐ OCDETF                              ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?        LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | Not Charged | |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY:  Omaha

COUNTY:  Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:  4:25MJ3187

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

| | |
|---|---|
| NAME: | MAHESHKUMAR CHAUDHARI |
| ALIAS: | Mahesh |
| ADDRESS: | 402 Blaine Street, Norfolk, NE 68701 |

SSN:    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          DOB:  6/1/1987          ☒ MALE   ☐ FEMALE   ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI                                         ☒ FBI |
| | TRIAL: | ☐ OMAHA     ☒ LINCOLN     ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**    LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591          COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: | Not Charged | |
| CT 3: 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT       ☐ OCDETF                          ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?     LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: | Not Charged | |
| CT 7: | Not Charged | |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

**CRIMINAL COVER SHEET**    **SEALED**    USAO - Rev. 4/25_by

**RELATED CASE INFORMATION:**

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

| NAME: | **RASHMI AJIT SAMANI** |
|---|---|
| ALIAS: | **Falguni Samani** |
| ADDRESS: | **2306 N. 182nd Avenue, Elkhorn, Nebraska** |
| SSN: | **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**        DOB:   **3/7/1983**        ☐ MALE   ☒ FEMALE   ☐ ALIEN |

| ☒ COMPLAINT | AUSA: | Danielle Fliam | |
|---|---|---|---|
| ☐ INFORMATION | AGENT: | Rachel Sullivan | |
| ☐ INDICTMENT | AGENCY: | FBI | ☒ FBI |
| | TRIAL: | ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE | |

**U.S.C. CITATIONS:**   LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591        COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
|---|---|---|
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

**LOCATION STATUS**

☒ WARRANT     ☐ OCDETF                                    ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |