

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | August 12, 2025 |
| U.S. v. Ketankumar Babubhai Chaudhari, a/k/a Ken Chaudhari (001), Rashmi Ajit Samani, a/k/a Falguni Samani (002), Amit Prahladbhai Chaudhari, a/k/a Amit (003), Amit Babubhai Chaudhari a/ka/ Matt (004), and Maheshkumar Chaudhari a/k/a "Mahesh" (005)<br><br>4:25MJ3187 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | Danielle Fliam<br>AUSA |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**